UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENE DIEHL,

        Plaintiff,

v.

HOPE HUNTER, MELODY HARDY,
SHAR MACOMB INC., and CAROL
TEACHWORTH,

        Defendants.
_____/

Case No. 12-11522

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

<u>ORDER
(1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 28);
(2) GRANTING DEFENDANT SHAR MACOMB, INC.'S
MOTION TO DISMISS (ECF NO. 12);
(3) GRANTING DEFENDANTS HUNTER AND HARDY'S JOINT MOTION FOR
SUMMARY JUDGMENT (ECF NO. 22); and
(4) DISMISSING THIS ACTION AGAINST ALL DEFENDANTS</u>

On April 26, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation to Grant Defendant Shar Macomb, Inc.'s (SHAR") Motion to Dismiss (ECF No. 12) and to Grant Defendants Hunter's and Hardy's Joint Motion for Summary Judgment (ECF No. 22) and to Dismiss this action against all Defendants. (ECF No. 28, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Defendant SHAR's Motion to Dismiss, GRANTS Defendants Hunter and Hardy's Joint Motion for Summary Judgment and DISMISSES this action

1

against all Defendants.

IT IS SO ORDERED.

                                                    s/Paul D. Borman  
                                                    PAUL D. BORMAN  
                                                    UNITED STATES DISTRICT JUDGE

June 10, 2013

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 10, 2013.

                                                    s/Deborah R. Tofil  
                                                    Deborah R. Tofil